# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 13, 2023

Lyle W. Cayce
Clerk

———————————

No. 22-40623
Summary Calendar

———————————

Untied States of America,

*Plaintiff—Appellee*,

*versus*

Antonio Ramirez-Gonzalez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:22-CR-415-1

_____

Before Jolly, Jones, and Ho, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Antonio Ramirez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Gonzalez has filed a response. We have reviewed counsel's brief and the relevant portions of the

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40623

record reflected therein, as well as Ramirez-Gonzalez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.